FILED
JUN 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case No. '08 MJ 8557 |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 8, U.S.C., Section 1326 |
| Martin GONZALEZ-Lopez, ) | Attempted Entry After Deportation |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about June 18, 2008, within the Southern District of California, defendant Martin GONZALEZ-Lopez, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e. conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 19TH DAY OF JUNE 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

(1)

UNITED STATES OF AMERICA
   v.
Martin GONZALEZ-Lopez

STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent (BPA), C. Wong, that the defendant was found and arrested on or about June 18, 2008, east of the Calexico, California, Port of Entry.

At approximately 2:53 a.m. a Remote Video Surveillance System Operator observed an individual making an illegal entry into the United States by climbing over the International Boundary Fence between the United States and Mexico.

BPA Wong responded to the immediate area and was able to locate the subject running north on Dool Avenue in Calexico. BPA Wong approached the subject and identified himself as a United States Border Patrol Agent. BPA Wong questioned the subject, later identified as Martin GONZALEZ-Lopez (GONZALEZ), as to his citizenship. GONZALEZ admitted to being a citizen of Mexico Illegally in the United States. GONZALEZ was placed under arrest.

Record checks revealed GONZALEZ has a criminal and immigration record. Record checks also revealed GONZALEZ was previously removed from the United States by an Immigration Judge on September 8, 1998.

BPA Soto advised GONZALEZ of his rights as per Miranda. GONZALEZ stated he understood his rights and agreed to answer questions without an attorney present. GONZALEZ stated he is a Mexican citizen and has no legal documents to work or reside legally in the United States. GONZALEZ stated the last time he entered the United States illegally was by jumping the International Boundary Fence. GONZALEZ stated he has previously been deported from the United States.

There is no evidence GONZALEZ has sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after being deported.

(3)